## UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GIDEON RAPAPORT,** | )<br>) |
| *Plaintiff* | )<br>) |
| v. | )<br>) |
| **RICHARD ALLEN EPSTEIN, MITCHELL KEVALLA PALLAKI, AJAY SRINIVASAN IYER, ZACHARY GEORGE GARRETT, WILLIAM STUART LASSETER WEINBERG, ANDREW NELMS, JOHN DOES 1-3** | ) Civil Action No. 1:24-cv-07439-UA<br>)<br>)<br>)<br>)<br>) |
| *Defendant* | |

### AFFIDAVIT OF SERVICE

Michael Mantyla, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Virginia.That on November 25, 2024, at 6:18 pm at 3280 Kinross Cir, Herndon, VA 20171, Deponent served the within Complaint, and Appendix A, Summons , with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Ajay Srinivasan Iyer (hereinafter referred to as "subject") by leaving the following documents at the dwelling place or usual place of abode of Ajay Srinivasan Iyer with Aloka Srinivasan who is of suitable age and discretion and the Mother /Co-Resident of Ajay Srinivasan Iyer on November 25, 2024 6:18 pm to their last known address at 3280 Kinross Cir, Herndon, VA 20171
. First class mailing was completed on November 25, 2024 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Asian Female, est. age 55-64, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.8961083386,-77.030111028
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who

is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in Loudoun County, VA on 11/27/2024.

/s/ *Michael Mantyla*
Signature
Server Name: Michael Mantyla
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Ajay Srinivasan Iyer:

Date / Time: November 25, 2024 3:13 pm
Address: 1301 Pennsylvania Avenue Northwest, Washington, DC 20004
Geolocation: https://google.com/maps?q=38.8961083386,-77.030111028
Description: Could not access building. Building security spoke with a representative of Kirkland Ellis, and they advised, in person service for individuals is not accepted at this location. All service documents must be sent to the company office at 300 North LaSalle, Chicago IL 60654

