# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Gideon Rapaport**<br><br>*Plaintiff*<br><br>v.<br><br>**Richard Allen Epstein, Mitchell Kevalla Pallaki, Ajay Srinivasan Iyer, Zachary George Garrett, William Stuart Lasseter Weinberg, Andrew Nelms, John Does 1-3**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-07439-UA<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

Douglas Fort, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of California.That on December 6, 2024, at 3:19 pm at 3 Embarcadero Center, San Francisco, CA 94111, Deponent served the within Complaint, Summons , with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Andrew Nelms (hereinafter referred to as "subject") by posting the documents in a conspicuous place at the premises. First class mailing was completed on December 5, 2024 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Additional Description:
Nail & Mail - posted on the entrance of the building.

Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

| | |
|---|---|
| Executed in <u>Alameda County</u>, <u>CA</u> on <u>12/9/2024</u>. | /s/ *Douglas Fort*<br>Signature<br>Server Name: Douglas Fort<br>License#: 1656 |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Andrew Nelms:

Date / Time: November 29, 2024 11:01 am
Address: 3 Embarcadero Center, San Francisco, CA 94111
Geolocation: https://google.com/maps?q=37.7952862859,-122.3974135666
Description: The company name is Cooley where he works. Everyone is off for the holidays. I will return on Monday.

Date / Time: December 2, 2024 10:52 am
Address: 3 Embarcadero Center, San Francisco, CA 94111
Description: I came back today because of the holidays. Security told me that Andrew was not there today and that no one in the office was authorized to take the paperwork.

Date / Time: December 5, 2024 11:44 am
Address: 3 Embarcadero Center, San Francisco, CA 94111
Description: Unable to make contact.







