# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

**GIDEON RAPAPORT,**

*Plaintiff*

v.

**RICHARD ALLEN EPSTEIN, MITCHELL KEVALLA PALLAKI, AJAY SRINIVASAN TYER, ZACHARY GEORGE GARRETT, WILLIAM STUART LASSETER WEINBERG, ANDREW NELMS, JOHN DOES 1-3**

*Defendant*

Civil Action No. 1:24-cv-07439-UA

## AFFIDAVIT OF SERVICE

Mark Hagood, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Virginia.That on November 26, 2024, at 10:52 am at 706 Duke Street, Alexandria, VA 22314, Deponent served the within Complaint, and Appendix A, Summons , with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Mitchell Keshava Pallaki (hereinafter referred to as "subject") by workplace substituted service by leaving the following documents at the place of business of Mitchell Keshava Pallaki with Ruth Barwick who is the Partner and of suitable age and discretion. First class mailing was completed on November 26, 2024 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

White Female, est. age 45-54, glasses: N, Gray hair, 140 lbs to 160 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=38.8128719,-77.0618856
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert

that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

_Arlington County_ ,

_VA_ on _11/27/2024_ .

*/s/ Mark Hagood*

Signature
Server Name: Mark Hagood
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

