**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ALLEN EPSTEIN et al.,<br><br>    Defendants. | Civil Action No.: 24-cv-7439-JGLC;<br>23-cv-6709-JGLC (Related Case) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT I, Seth L. Levine, Esq. of Levine Lee LLP, hereby enter my appearance on behalf of Defendant Mitchell Pallaki, in the above-captioned action, and request that all copies of all papers be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: December 11, 2024
    New York, New York

Respectfully Submitted,

*/s/ Seth L. Levine*

Seth L. Levine
**LEVINE LEE LLP**
400 Madison Avenue
New York, New York 10017
Telephone: (212) 223-4400
slevine@levinelee.com

*Counsel for Defendant Mitchell Pallaki*