## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD ALLEN EPSTEIN et al.,<br><br>      Defendants. | Civil Action No.: 24-cv-7439-JGLC;<br>23-cv-6709-JGLC (Related Case) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT I, Steven W. Kessler, Esq. of Levine Lee LLP, hereby enter my appearance on behalf of Defendant Mitchell Pallaki, in the above-captioned action, and request that all copies of all papers be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: December 11, 2024
      New York, New York

                                                                Respectfully Submitted,

                                                                */s/ Steven W. Kessler*

                                                                Steven W. Kessler
                                                                **LEVINE LEE LLP**
                                                                400 Madison Avenue
                                                                New York, New York 10017
                                                                Telephone: (212) 223-4400
                                                                skessler@levinelee.com

                                                                *Counsel for Defendant Mitchell Pallaki*