

December 13, 2024

VIA ECF

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Rapaport v. Epstein, et al.*, No. 1:24-cv-07439 (JGLC)
             Motion for Extension of Time to Answer

Dear Judge Clarke:

      I write on behalf of Ajay Iyer to respectfully request that his deadline to respond to Plaintiff's complaint be extended to January 30, 2025. This is Mr. Iyer's first request for an extension of this deadline, and there is good cause to grant this request.

      According to Plaintiff's recently filed Affidavit of Service (ECF No. 6), Plaintiff purports to have served Mr. Iyer on November 25, 2024. Putting aside for now whether Plaintiff's service was proper, Mr. Iyer's response deadline is currently set on the docket for December 16, 2024. Undersigned counsel was only retained earlier today to represent Mr. Iyer in this matter, and thus more time is needed to review the complaint and confer with Mr. Iyer about how he wishes to respond. Further, undersigned counsel will be away on long-planned travel over the upcoming holidays, which will also delay his ability to confer with Mr. Iyer about how he wishes to respond to the complaint. Additionally, undersigned counsel must balance the deadlines here with several other pressing deadlines over the next month.

      For these reasons and to ensure that Mr. Iyer has sufficient time to prepare a thorough response to the complaint, I respectfully request that the Court extend Mr. Iyer's response deadline to January 30, 2025, which will also align his response deadline with the deadline currently in place for Defendant Pallaki (ECF No. 12).

      In advance of filing this motion, I contacted Plaintiff for his position. Plaintiff stated that he would only consent to this extension request if undersigned counsel signed a stipulation stating that Defendant Iyer consents to any future extension request of up to 44 days that Plaintiff seeks. As undersigned explained to Plaintiff, he considers consenting to extension requests to be a matter of common courtesy, but he is unable to sign a stipulation agreeing to hypothetical future extension requests. Because the undersigned was unable to sign the stipulation, Plaintiff opposes this request.

**Brian J. Field** | PARTNER
Office   (202) 787-1060
Email   bfield@schaerr-jaffe.com

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com

Honorable Jessica G.L. Clarke
December 13, 2024
Page 2

      Respectfully,

*/s/ Brian J. Field*
Brian J. Field*
  (D.C. Bar No. 985577)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
bfield@schaerr-jaffe.com

*Pro hac vice* motion concurrently filed and pending

*Counsel for Defendant Ajay Iyer*

cc: *Pro se* Plaintiff and all counsel (via ECF)