UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                      Plaintiff,<br>  -against-<br><br>RICHARD ALLEN EPSTEIN, et al.,<br><br>                      Defendants. | Case No.: 1:24-cv-07439 (JGLC)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

     Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Brian James Field hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Zachary Garrett, Andrew Nelms, and William Weinberg in the above-captioned action.

     I am a member in good standing of the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3.

Dated: December 26, 2024

                                                               Respectfully submitted,

                                                               */s/ Brian James Field*
                                                               Brian James Field (D.C. Bar No. 985577)*
                                                               S<small>CHAERR</small> | J<small>AFFE</small> LLP
                                                               1717 K Street NW, Suite 900
                                                               Washington, DC 20006
                                                               Telephone: (202) 787-1060
                                                               Facsimile: (202) 776-0136
                                                               Email: bfield@schaerr-jaffe.com

                                                               *Counsel for Defendants*
                                                               *Ajay Srinivasan Iyer*
                                                               *Zachary Garrett, Andrew Nelms,*
                                                               *and William Weinberg*

                                                               **Pro hac vice* motion for appearance
                                                               on behalf of Defendant Iyer pending