UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                       Plaintiff,<br>  -against-<br><br>RICHARD ALLEN EPSTEIN, et al.,<br><br>                       Defendants. | Case No.: 1:24-cv-07439 (JGLC)<br><br>**AFFIDAVIT OF<br>BRIAN J. FIELD IN<br>SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

I, Brian James Field, declare:

1. I am a partner of the law firm of Schaerr | Jaffe LLP, located at 1717 K Street NW, Suite 900, Washington, DC 20006.

2. This Affidavit is submitted in support of my motion for admission to practice *pro hac vice* for the purposes of appearing and participating in this case as counsel for Defendants Zachary Garrett, Andrew Nelms, and William Weinberg.[1]

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia (Bar No. 985577).

4. There are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am aware that I am subject to the local rules of this Court, including the Rules governing discipline of attorneys.

WHEREFORE, for the foregoing reasons, Brian James Field respectfully submits that this Court grant entry of an Order of Admission *Pro Hac Vice* to participate in the above-captioned

---

[1] A motion for admission to appear *pro hac vice* on behalf of Defendant Ajay Iyer is pending (*see* Dkt. 14).

action as counsel for Defendants Zachary Garrett, Andrew Nelms, and William Weinberg. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 24, 2024 in Hollis, New Hampshire.

*Brian James Field*
_____
Brian James Field

## ACKNOWLEDGMENT

STATE OF _____Texas_____
COUNTY OF _____Harris_____

The foregoing instrument was acknowledged before me this 24th day of December, 2024, by Brian James Field, Counsel for Defendants Zachary Garrett, Andrew Nelms, and William Weinberg.

_____ Vendayla Monice Jubilee McNeil
NOTARY PUBLIC   Notary Public, State of Texas
10/12/2025

Vendayla Monice Jubilee McNeil
ID NUMBER
13338700-2
COMMISSION EXPIRES
October 12, 2025

Electronically signed and notarized online using the Proof platform.

2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Brian J Field*

*was duly qualified and admitted on January 9, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 13, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*