UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                    Plaintiff,<br>  -against-<br><br>RICHARD ALLEN EPSTEIN, et al.,<br><br>                  Defendants. | Case No.: 1:24-cv-07439 (JGLC)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Brian James Field for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

    Brian James Field
    SCHAERR | JAFFE LLP
    1717 K Street NW, Suite 900
    Washington, DC 20006
    Telephone: (202) 787-1060; Facsimile: (202) 776-0136
    Email: bfield@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Zachary Garrett, Andrew Nelms, and William Weinberg in the above-entitled action;

**IT IS HEREBY ORDERED** that Brian James Field is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 202\_\_      _____
                                                                                                               United States District Judge