# UNITED STATES DISTRICT COURT

*Southern District of New York*

Awarded To

# GIDEON RAPAPORT

For Completing the Court's CM/ECF Introduction Course  Awarded the 19th of December 2024

Lourdes Aquino, Director of Docket Services and Miscellaneous Case Operations