UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                    Plaintiff,<br>     -against-<br><br>RICHARD ALLEN EPSTEIN, et al.,<br><br>                    Defendants. | Case No.: 1:24-cv-07439 (JGLC)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Brian James Field for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

> Brian James Field
> SCHAERR | JAFFE LLP
> 1717 K Street NW, Suite 900
> Washington, DC 20006
> Telephone: (202) 787-1060; Facsimile: (202) 776-0136
> Email: bfield@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Zachary Garrett, Andrew Nelms, and William Weinberg in the above-entitled action;

**IT IS HEREBY ORDERED** that Brian James Field is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___December 27___, 202_4_

_/s/ Jessica Clarke_____
JESSICA G. L. CLARKE
United States District Judge

The Clerk of Court is directed to terminate ECF No. 17.