The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

Re:     Rapaport v. Epstein, 24-cv-07439

**Letter-Motion for Extension of Time to Effectuate Service**

Your Honor:

    I am respectfully writing to request an extension of 30 days, until February 14, 2025, to serve the remaining defendants in this case. This is my first request in this matter, and will extend the current deadline which is January 15, 2025.

    During the time provided I diligently sought out information sufficient to effectuate service upon all defendants, but was unfortunately misled as to the proper address of defendant Garrett, who continues to falsely represent to the public via his LinkedIn page that he is clerking for the United States Court of Appeals for the Ninth Circuit. My process server was informed by court staff that he no longer worked there, resulting in a restart of the process with respect to him.

    I retained a leading national company to effectuate service upon the defendants, but unfortunately, the subcontractor tasked with serving process upon the defendants located in New York has had service disruptions while providing me with mixed messaging. I have hired a different company to serve the remaining process within New York instead, and am working with them closely to ensure that service is properly effectuated as soon as possible.

    Thank you for considering my request in this matter.

    Respectfully submitted,

    /s/ Gideon Rapaport *pro se*
    GideonRapaportLaw@outlook.com
    (862) 213-0895
    #627 1078 Summit Avenue
    Jersey City, New Jersey, 07307