UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___Gideon Rapaport___

Write the full name of each plaintiff or petitioner.

-against-

___Epstein et al.___

Write the full name of each defendant or respondent.

**MEMO ENDORSED**

No. __24__ CV __07439__

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on ___December 19 2024___

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    [X] a computer with internet access and a word processor

    type of computer I will be using: ___Asus i5 Vivobook Windows 11___

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: **LibreOffice**

☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☒ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: MFC 495 Printer/Scanner

☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

Adobe Acrobat XI

☒ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| Dec 20, 2024 | /s/ Gideon Rapaport |
|---|---|
| Dated | Signature |

Name: Gideon Rapaport

Address: 1078 Summit Ave #627
City: Jersey City
State: NJ
Zip Code: 07307

Telephone Number: (862) 213 0895
E-mail Address: gideonrapaportlaw@outlook.com

Application GRANTED. Plaintiff, proceeding *pro se*, shall hereby participate in this action via CM/ECF, and will no longer receive notices by mail. Plaintiff shall comply with all ECF Rules and expectations, and shall consult the ECF Help Desk at helpdesk@nysd.uscourts.gov, or at (212) 805-0800, as necessary. The Clerk of Court is respectfully directed to terminate ECF No. 19.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 27, 2024
New York, New York

2