# SCHAERR | JAFFE LLP

December 28, 2024

VIA ECF

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Rapaport v. Epstein, et al.*, No. 1:24-cv-07439 (JGLC)
             Opposition to Motion for Extension of Time

Dear Judge Clarke:

    I write on behalf of Defendant Zachary Garrett to oppose Plaintiff's recent motion for extension of time to complete service. ECF No. 21. In that motion, Plaintiff requests additional time to serve Mr. Garrett, and he suggests that he was "misled" by a LinkedIn page. Putting aside that Mr. Garrett's contact information is readily available on his law firm biography, Plaintiff's motion is moot because undersigned counsel has accepted service on Mr. Garrett's behalf. *See* ECF No. 18. Accordingly, the Court should deny Plaintiff's motion as moot with respect to Mr. Garrett. Indeed, Plaintiff has served Defendants Iyer, Garrett, Nelms, and Weinberg.

                                      Respectfully,

                                      */s/ Brian J. Field*
                                      Brian J. Field*
                                        (D.C. Bar No. 985577)
                                      SCHAERR | JAFFE LLP
                                      1717 K Street NW, Suite 900
                                      Washington, DC 20006
                                      Telephone: (202) 787-1060
                                      Facsimile: (202) 776-0136
                                      bfield@schaerr-jaffe.com

                                      *Admitted pro hac vice

                                      *Counsel for Defendants Ajay Iyer,*
                                      *Zachary Garrett, Andrew Nelms,*
                                      *and William Weinberg*

cc: *Pro se* Plaintiff and all counsel (via ECF)

---

**Brian J. Field | PARTNER**
Office   (202) 787-1060
Email   bfield@schaerr-jaffe.com

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com