UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                Plaintiff,

-against-

RICHARD ALLEN EPSTEIN, et al.,

                Defendants.

24-CV-7439 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    On October 11, 2024, this Court issued an order of service directing the Clerk of Court to issue summonses as to all Defendants and directing Plaintiff, who is proceeding *pro se*, to effectuate service as to each Defendant within 90 days. ECF No. 4. The Clerk of Court issued the summonses on October 17, 2024. ECF No. 5. Plaintiff filed affidavits of service as to Defendants Iyer, Nelms, and Pallaki on December 9, 2024. ECF Nos. 6-8. On December 26, 2024, Plaintiff filed the instant request for an extension of time to effectuate service. ECF No. 21.

    Defendant Garrett opposes this request with respect to him, arguing that it is moot because counsel agreed to accept service on his behalf, and Defendants Iyer, Garrett, Nelms and Weinberg were already served. ECF Nos. 18, 24. The Court agrees that Plaintiff's request is moot with respect to these Defendants.

    IT IS HEREBY ORDERED that Plaintiff's request is partially GRANTED with respect to Defendant Richard Allen Epstein, who has not yet been served. Plaintiff shall effectuate service on Mr. Epstein by **January 31, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 21.

Dated: January 2, 2025
       New York, New York

SO ORDERED.

_Jessica Clarke_
_____
JESSICA G. L. CLARKE
United States District Judge