Civil Action No.    **1:24-cv-07439-UA**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Richard Allen Epstein**
was recieved by me on  **12/17/2024:**

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with (name), a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify)* At the service address of **40 Washington Sq S Room 409A New York, NY 10012** and on the date and time of **Fri 12/27/2024 02:43 PM**, I delivered the documents to an individual who refused to give their name who identified themselves as the receptionist. The individual tried to refuse service by refusing to take documents and stated subject is unknown (documents left, seen by subject). The individual appeared to be a black-haired Middle Eastern female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs. The documents were then mailed to the same address provided, with the words "Personal and Confidential" written on the envelope.

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   01/24/2025

*Server's signature*

**Stephen Theus**
*Printed name and title*

**26 Court Street
Suite 1812
BROOKLYN, NY 11242**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT, to an individual who refused to give their name who identified themselves as the receptionist. The individual tried to refuse service by refusing to take documents and stated subject is unknown (documents left, seen by subject). The individual appeared to be a black-haired Middle Eastern female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**



Tracking #: **0156302658**

