## **DECLARATION**

Rapaport v. Epstein et al.
SDNY 24-cv-07439 (JGLC)

I declare that to the best of my knowledge defendant Richard Allen Epstein is not a minor, an incompetent person or in the military.

I declare that to the best of my knowledge defendant Richard Allen Epstein has failed to plead or otherwise defend this action.

I declare that to the best of my knowledge defendant Richard Allen Epstein was properly served in the manner set forth by NY CPLR 308(2) as authorized by FRCP 4(e)(1) and evidenced by the proof of service filed ECF No. 31.

    /s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307