## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GIDEON RAPAPORT

                              **Plaintiff(s),**

- against -

RICHARD ALLEN EPSTEIN et al.

                              **Defendant(s),**

-----------------------------------------------------------X

24 Civ. 07439 (JGL)

**CLERK'S CERTIFICATE OF DEFAULT**

      I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, **do hereby certify that this action was commenced on** 09/27/2024 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** RICHARD ALLEN EPSTEIN **by personally serving** Receptionist at NYU Law (described in proof of service), *and proof of service was therefore filed on* 1/17/2025 (corrected), *Doc. #(s)* 30 (31).

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      January 28, 20 25

                                      **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                          **By:** _____
                                    **Deputy Clerk**