UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
GIDEON RAPAPORT,

                    Plaintiff,

        - against -

RICHARD ALLEN EPSTEIN, MITCHELL KEVALLA PALLAKI, AJAY SRINIVASAN IYER, ZACHARY GEORGE GARRETT, WILLIAM STUART LASSETER WEINBERG, ANDREW NELMS, JOHN DOES 1-3,

                    Defendants.
------------------------------------------------------------------------ x

No. 24-cv-07439-JGLC

**[PROPOSED] ORDER**

JESSICA G. L. CLARKE, U.S.D.J.:

      For the reasons stated in Defendant Professor Richard Epstein's motion to set aside the default, deny as moot Plaintiff Gideon Rapaport's request for expedited discovery against Defendant Professor Epstein at ECF No. 35, and extend the time to answer or otherwise respond, Defendant Professor Epstein's motion is GRANTED as follows:

      The entry of default of Defendant Professor Epstein noted by the Clerk at ECF No. 32 is hereby VACATED.

      Defendant's time to answer, move against, or otherwise respond to Plaintiff's Complaint is hereby extended to March 14, 2025.

      Plaintiff's Motion for Expedited Discovery (ECF No. 35) is hereby DENIED as MOOT.

      It is SO ORDERED.

Dated: _____
       New York, New York

                                              JESSICA G. L. CLARKE
                                              United States District Judge