Outlook

**23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation**

From  Gideon Rapaport <GideonRapaportLaw@outlook.com>
Date  Mon 2/3/2025 3:46 PM
To    Chase, Jeremy <JeremyChase@dwt.com>

Dear Mr. Chase,

I am writing to inquire as to whether you are still representing defendant Epstein in the matter of 23-cv-06709 *Rapaport v. Iyer et al.*?

Best,


/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

 Outlook

## RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**From** Chase, Jeremy <JeremyChase@dwt.com>
**Date** Mon 2/3/2025 5:56 PM
**To** Gideon Rapaport <GideonRapaportLaw@outlook.com>

Mr. Rapaport,

Yes, I am still representing Professor Epstein in that matter.

Best regards,
Jeremy Chase

**Jeremy Chase**   He/Him/His
**Partner,** Davis Wright Tremaine LLP

P 212.603.6495   E jeremychase@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM

---

**From:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Sent:** Monday, February 3, 2025 3:46 PM
**To:** Chase, Jeremy <JeremyChase@dwt.com>
**Subject:** 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**[EXTERNAL]**

Dear Mr. Chase,

I am writing to inquire as to whether you are still representing defendant Epstein in the matter of 23-cv-06709 *Rapaport v. Iyer et al.*?

Best,


/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

 Outlook

**Re: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation**

**From** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Date** Tue 2/4/2025 3:05 PM
**To** Chase, Jeremy <JeremyChase@dwt.com>

Dear Mr. Chase,

Thank you for confirming this.

I found it odd that defendant Epstein defaulted in the related matter of 24-cv-07439 Rapaport v. Epstein et al. while having legal representation in your case, and wanted to make sure that you were still retained.

Gideon Rapaport

**From:** Chase, Jeremy <JeremyChase@dwt.com>
**Sent:** Monday, February 3, 2025 5:55 PM
**To:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Subject:** RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

Mr. Rapaport,

Yes, I am still representing Professor Epstein in that matter.

Best regards,
Jeremy Chase

**Jeremy Chase**   He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6495   **E** jeremychase@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Sent:** Monday, February 3, 2025 3:46 PM
**To:** Chase, Jeremy <JeremyChase@dwt.com>
**Subject:** 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

[EXTERNAL]

Dear Mr. Chase,

I am writing to inquire as to whether you are still representing defendant Epstein in the matter of 23-cv-06709 *Rapaport v. Iyer et al.*?

Best,


/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

 Outlook

**RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation**

| | |
|---|---|
| From | Chase, Jeremy <JeremyChase@dwt.com> |
| Date | Tue 2/4/2025 3:21 PM |
| To | Gideon Rapaport <GideonRapaportLaw@outlook.com> |

Mr. Rapaport,

I was going to email you about this just now. After I responded to your email last night I received a call from Mr. Field informing me of the default. I was retained to represent Professor Epstein in the libel action and I was only retained today to represent Professor Epstein in the RICO action.

I have since confirmed that the individual your processor server claims to have left the summons and complaint with (presumably a security guard?) provided it to Professor Epstein, nor did he receive it via the mail. Given it was purportedly delivered while school was out of session, this is no surprise. I should also note that Professor Epstein was bed ridden with the flu for roughly three weeks during the relevant period so he was not going into the office either. While it is of no consequence now, given that you knew I represented Professor Epstein in your other case, you could have contacted me to accept service for Professor Epstein in lieu of proceeding in this manner. But I suppose that is water under the bridge.

In light of these circumstances, would you agree to consent to vacating the default and extend our time to respond to the Complaint until March 14? We are going to file a motion to that effect later this evening, and would prefer to do it on consent.

Many thanks,

**Jeremy Chase**  He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6495   **E** jeremychase@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Sent:** Tuesday, February 4, 2025 3:05 PM
**To:** Chase, Jeremy <JeremyChase@dwt.com>
**Subject:** Re: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**[EXTERNAL]**

Dear Mr. Chase,

Thank you for confirming this.

I found it odd that defendant Epstein defaulted in the related matter of 24-cv-07439 Rapaport v. Epstein et al. while having legal representation in your case, and wanted to make sure that you were still retained.

Gideon Rapaport

**From:** Chase, Jeremy <JeremyChase@dwt.com>
**Sent:** Monday, February 3, 2025 5:55 PM
**To:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Subject:** RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

Mr. Rapaport,

Yes, I am still representing Professor Epstein in that matter.

Best regards,
Jeremy Chase

**Jeremy Chase**   He/Him/His
**Partner,** Davis Wright Tremaine LLP

P 212.603.6495   E jeremychase@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**


**From:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Sent:** Monday, February 3, 2025 3:46 PM
**To:** Chase, Jeremy <JeremyChase@dwt.com>
**Subject:** 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**[EXTERNAL]**

Dear Mr. Chase,

I am writing to inquire as to whether you are still representing defendant Epstein in the matter of 23-cv-06709 *Rapaport v. Iyer et al.*?

Best,


/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

 Outlook

**RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation**

| | |
|---|---|
| From | Chase, Jeremy <JeremyChase@dwt.com> |
| Date | Tue 2/4/2025 3:37 PM |
| To | Gideon Rapaport <GideonRapaportLaw@outlook.com> |

An important edit to the below: the security guard  ***never*** provided it to Professor Epstein.

**Jeremy Chase**   He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6495   **E** jeremychase@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Chase, Jeremy
**Sent:** Tuesday, February 4, 2025 3:21 PM
**To:** 'Gideon Rapaport' <GideonRapaportLaw@outlook.com>
**Subject:** RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

Mr. Rapaport,

I was going to email you about this just now.  After I responded to your email last night I received a call from Mr. Field informing me of the default.  I was retained to represent Professor Epstein in the libel action and I was only retained today to represent Professor Epstein in the RICO action.

I have since confirmed that the individual your processor server claims to have left the summons and complaint with (presumably a security guard?) provided it to Professor Epstein, nor did he receive it via the mail.  Given it was purportedly delivered while school was out of session, this is no surprise.  I should also note that Professor Epstein was bed ridden with the flu for roughly three weeks during the relevant period so he was not going into the office either.    While it is of no consequence now, given that you knew I represented Professor Epstein in your other case, you could have contacted me to accept service for Professor Epstein in lieu of proceeding in this manner.  But I suppose that is water under the bridge.

In light of these circumstances, would you agree to consent to vacating the default and extend our time to respond to the Complaint until March 14?  We are going to file a motion to that effect later this evening, and would prefer to do it on consent.

Many thanks,

**Jeremy Chase**   He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6495   **E** jeremychase@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Sent:** Tuesday, February 4, 2025 3:05 PM
**To:** Chase, Jeremy <JeremyChase@dwt.com>
**Subject:** Re: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**[EXTERNAL]**

Dear Mr. Chase,

Thank you for confirming this.

I found it odd that defendant Epstein defaulted in the related matter of 24-cv-07439 Rapaport v. Epstein et al. while having legal representation in your case, and wanted to make sure that you were still retained.

Gideon Rapaport

**From:** Chase, Jeremy <JeremyChase@dwt.com>
**Sent:** Monday, February 3, 2025 5:55 PM
**To:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Subject:** RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

Mr. Rapaport,

Yes, I am still representing Professor Epstein in that matter.

Best regards,
Jeremy Chase

**Jeremy Chase**   He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6495   **E** jeremychase@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Sent:** Monday, February 3, 2025 3:46 PM
**To:** Chase, Jeremy <JeremyChase@dwt.com>
**Subject:** 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**[EXTERNAL]**

Dear Mr. Chase,

I am writing to inquire as to whether you are still representing defendant Epstein in the matter of 23-cv-06709 *Rapaport v. Iyer et al.*?

Best,

/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895

#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

 Outlook

### Re: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**From** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Date** Tue 2/4/2025 5:21 PM
**To** Chase, Jeremy <JeremyChase@dwt.com>

Dear Mr. Chase,

I am writing to acknowledge receipt of your email and "edit" email.

I do not agree to set aside the properly entered default and it is my position that there is no good cause for the Court to do so either.

Gideon Rapaport

---

**From:** Chase, Jeremy <JeremyChase@dwt.com>
**Sent:** Tuesday, February 4, 2025 3:37 PM
**To:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Subject:** RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

An important edit to the below: the security guard  ***never*** provided it to Professor Epstein.

**Jeremy Chase**   He/Him/His
**Partner,** Davis Wright Tremaine LLP

---

**P** 212.603.6495  **E** jeremychase@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**

---

**From:** Chase, Jeremy
**Sent:** Tuesday, February 4, 2025 3:21 PM
**To:** 'Gideon Rapaport' <GideonRapaportLaw@outlook.com>
**Subject:** RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

Mr. Rapaport,

I was going to email you about this just now.  After I responded to your email last night I received a call from Mr. Field informing me of the default.  I was retained to represent Professor Epstein in the libel action and I was only retained today to represent Professor Epstein in the RICO action.

I have since confirmed that the individual your processor server claims to have left the summons and complaint with (presumably a security guard?) provided it to Professor Epstein, nor did he receive it via the mail.  Given it was purportedly delivered while school was out of session, this is no surprise.  I should also note that Professor Epstein was bed ridden with the flu for roughly three weeks during the relevant period so he was not going into the office either.    While it is of no consequence now, given that you

knew I represented Professor Epstein in your other case, you could have contacted me to accept service for Professor Epstein in lieu of proceeding in this manner. But I suppose that is water under the bridge.

In light of these circumstances, would you agree to consent to vacating the default and extend our time to respond to the Complaint until March 14? We are going to file a motion to that effect later this evening, and would prefer to do it on consent.

Many thanks,

**Jeremy Chase**  He/Him/His
**Partner,** Davis Wright Tremaine LLP

P 212.603.6495   E jeremychase@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**

---

**From:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Sent:** Tuesday, February 4, 2025 3:05 PM
**To:** Chase, Jeremy <JeremyChase@dwt.com>
**Subject:** Re: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**[EXTERNAL]**

Dear Mr. Chase,

Thank you for confirming this.

I found it odd that defendant Epstein defaulted in the related matter of 24-cv-07439 Rapaport v. Epstein et al. while having legal representation in your case, and wanted to make sure that you were still retained.

Gideon Rapaport

**From:** Chase, Jeremy <JeremyChase@dwt.com>
**Sent:** Monday, February 3, 2025 5:55 PM
**To:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Subject:** RE: 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

Mr. Rapaport,

Yes, I am still representing Professor Epstein in that matter.

Best regards,
Jeremy Chase

**Jeremy Chase**  He/Him/His
**Partner,** Davis Wright Tremaine LLP

P 212.603.6495   E jeremychase@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**

**From:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
**Sent:** Monday, February 3, 2025 3:46 PM
**To:** Chase, Jeremy <JeremyChase@dwt.com>
**Subject:** 23-cv-06709 Rapaport v. Iyer et al Inquiry Regarding Representation

**[EXTERNAL]**

Dear Mr. Chase,

I am writing to inquire as to whether you are still representing defendant Epstein in the matter of 23-cv-06709 *Rapaport v. Iyer et al.*?

Best,


/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307