UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

GIDEON RAPAPORT,

                     Plaintiff,

      - against -

RICHARD ALLEN EPSTEIN, MITCHELL KEVALLA PALLAKI, AJAY SRINIVASAN IYER, ZACHARY GEORGE GARRETT, WILLIAM STUART LASSETER WEINBERG, ANDREW NELMS, JOHN DOES 1-3,

                     Defendants.

---------------------------------------------------------------------- x

No. 24-cv-07439-JGLC

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

      Please enter my appearance as counsel in this action for Defendant **RICHARD A. EPSTEIN** in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         February 11, 2025

                              Respectfully submitted,

                              DAVIS WRIGHT TREMAINE LLP

                              By: */s/ Nimra H. Azmi*
                                   Nimra H. Azmi

                              1251 Avenue of the Americas, 21st Floor
                              New York, NY  10020-1104
                              (212) 489-8230 Phone
                              (212) 489-8340 Fax
                              nimraazmi@dwt.com

                              *Counsel for Defendant Richard A. Epstein*