UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GIDEON RAPAPORT,

        Plaintiff,

-against-                                        Case No.: 1:24-cv-07439 (JGLC)

RICHARD ALLEN EPSTEIN, et al.,

        Defendants.
------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of their Motion to Dismiss, Defendants Ajay Srinivasan Iyer, Zachary George Garrett, William Weinberg, and Andrew Nelms by and through undersigned counsel, will move this Court before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff Gideon Rapaport's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: Washington, D.C.
        February 13, 2025

                                               Respectfully submitted,

                                               */s/ Brian J. Field*
                                               Brian J. Field (admitted *pro hac vice*)
                                               D.C. Bar No. 985577
                                               SCHAERR | JAFFE LLP
                                               1717 K Street NW, Suite 900
                                               Washington, DC 20006
                                               Telephone: (202) 787-1060
                                               Facsimile: (202) 776-0136
                                               Email: bfield@schaerr-jaffe.com

                                               *Counsel for Student Defendants*