UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                  Plaintiff,<br><br>                  v.<br><br>RICHARD ALLEN EPSTEIN, et al.,<br><br>                  Defendants. | Case No.: 24-cv-7439-JGLC |

## DEFENDANT MITCHELL K. PALLAKI'S MOTION TO DISMISS

       Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and upon the accompanying Memorandum of Law, Defendant Mitchell K. Pallaki hereby moves for an order dismissing the Complaint with prejudice and granting other further relief as the Court may deem just and proper.

Dated: New York, New York
       February 13, 2025

Respectfully submitted,

By:   /s/ Seth L. Levine
Seth L. Levine
Steven W. Kessler

**LEVINE LEE LLP**

400 Madison Avenue
New York, New York 10017
Telephone: (212) 223-4400
slevine@levinelee.com
skessler@levinelee.com

*Attorneys for Defendant Mitchell K. Pallaki*