UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                  Plaintiff,

-against-

RICHARD ALLEN EPSTEIN, et al.,

                  Defendants.

24-CV-7439 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received Plaintiff's February 28, 2025 letter regarding his recent request for an extension of time to oppose the motions to dismiss or file an amended pleading. ECF No. 52. The Court hereby advises the parties that it intends to issue, in the near future, a ruling on the pending motions to dismiss and motion for leave to amend in the related case of *Rapaport v. Doe #1, et al.,* No. 23-CV-6709 (the "Doe Action"), which is also pending before this Court. Doe Action, ECF Nos. 50, 53, 77. While these two cases assert different causes of action, they nonetheless share a strong common core of facts and parties, and as such, the Court intends to consolidate the actions. *See Stauffer v. Trump*, No. 24-CV-5698 (LTS), 2024 WL 3876307, at *3 (S.D.N.Y. Aug. 19, 2024). The Court will provide further instructions with respect to consolidation in its forthcoming decision in the Doe Action. In the meantime, the Court stays briefing on Defendants' motions to dismiss in this case (ECF Nos. 41, 43) and directs Plaintiff to refrain from filing any further amendments to the Complaint in this action or any opposition to the motions to dismiss until after the Court's decision in the Doe Action.

Dated:  March 5, 2025
          New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge