UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                        Plaintiff,

       -against-

RICHARD ALLEN EPSTEIN, et al.,

                     Defendants.

Case No.: 1:24-cv-07439 (JGLC)

**MOTION FOR ADMISSION**
***PRO HAC VICE***

       Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Justin A. Miller hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Ajay Srinivasan Iyer, Zachary Garrett, Andrew Nelms, and William Weinberg in the above-captioned action.

       I am a member in good standing of the Bars of the District of Columbia, State of Texas, and State of Alabama, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit required by Local Rule 1.3.

Dated: April 11, 2025

                                 Respectfully submitted,

                                 */s/ Justin A. Miller*
                                 Justin A. Miller (D.C. Bar No. 90022870)
                                 SCHAERR | JAFFE LLP
                                 1717 K Street NW, Suite 900
                                 Washington, DC 20006
                                 Telephone: (202) 787-1060
                                 Facsimile: (202) 776-0136
                                 Email: jmiller@schaerr-jaffe.com

                                 *Counsel for Defendants*
                                 *Ajay Srinivasan Iyer, Zachary Garrett,*
                                 *Andrew Nelms, and William Weinberg*