UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                          Plaintiff,<br>   -against-<br><br>RICHARD ALLEN EPSTEIN, et al.,<br><br>                          Defendants. | Case No.: 1:24-cv-07439 (JGLC)<br><br>**AFFIDAVIT OF<br>JUSTIN A. MILLER IN<br>SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

I, Justin A. Miller, declare:

1. I am an associate of the law firm of Schaerr | Jaffe LLP, located at 1717 K Street NW, Suite 900, Washington, DC 20006.

2. This Affidavit is submitted in support of my motion for admission to practice pro hac vice for the purposes of appearing and participating in this case as counsel for Defendants Ajay Srinivasan Iyer, Zachary Garrett, Andrew Nelms, and William Weinberg.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the District of Columbia (Bar No. 90022870), State of Texas (Bar No. 24116768), and State of Alabama (Bar No. 9792G16B).

4. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am aware that I am subject to the local rules of this Court, including the Rules governing discipline of attorneys.

WHEREFORE, for the foregoing reasons, Justin A. Miller respectfully submits that this Court grant entry of an Order of Admission *Pro Hac Vice* to participate in the above-captioned action as counsel for Defendants Ajay Srinivasan Iyer, Zachary Garrett, Andrew Nelms, and William Weinberg. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8th, 2025 in Birmingham, Alabama.

_____
Justin A. Miller

## ACKNOWLEDGMENT

STATE OF  Florida

COUNTY OF  Bay County

The foregoing instrument was acknowledged before me this  8th  day of April, 2025, by Justin A. Miller, Counsel for Defendants Ajay Srinivasan Iyer, Zachary Garrett, Andrew Nelms, and William Weinberg.



_____
NOTARY PUBLIC

Notarized remotely online using communication technology via Proof.

2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## Justin Miller

*was duly qualified and admitted on March 24, 2024 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 08, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that **Justin A. Miller** was duly and legally admitted to practice law by the Supreme Court of Alabama on **May 2, 2022** and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on **April 11, 2025** with the seal of the Supreme Court of Alabama attached.



Megan B. Rhodebeck
Clerk of the Supreme Court of Alabama

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Justin A. Miller**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 25th day of October, 2019.

I further certify that the records of this office show that, as of this date

**Justin A. Miller**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of April, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8105C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.