UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                  Plaintiff,

  -against-

RICHARD ALLEN EPSTEIN, et al.,

                  Defendants.

Case No.: 1:24-cv-07439 (JGLC)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

      The motion of Justin A. Miller for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the Bars of the District of Columbia, the State of Texas, and the State of Alabama, and that his contact information is as follows:

      Justin A. Miller
      SCHAERR | JAFFE LLP
      1717 K Street NW, Suite 900
      Washington, DC 20006
      Telephone: (202) 787-1060; Facsimile: (202) 776-0136
      Email: jmiller@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Ajay Srinivasan Iyer, Zachary Garrett, Andrew Nelms, and William Weinberg in the above-entitled action;

      **IT IS HEREBY ORDERED** that Justin A. Miller is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____**April 14**_____, 2025

                                                                *Jessica Clarke*
                                                      JESSICA G. L. CLARKE
                                                      United States District Judge