The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007



**Re:     Rapaport v. Epstein et al., 24-cv-7439**

**<u>Letter-Motion for Extension of Time to File First Consolidated Complaint</u>**

Your Honor:

I am respectfully requesting an extension of time to file the first consolidated complaint. The current deadline is May 2, 2025 per Your March 31 Order and I am requesting an extension until June 1, 2025. This will be the first extension with regard to the first consolidated complaint.

My reason for seeking this extension is that there are a substantial amount of matters to consolidate and also changes to make in light of Your March 31 Order.

I have conferred with all parties and all have indicated that they do not object to this extension.

Thank you for considering my request in this matter,

Respectfully submitted,

/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

Application GRANTED. Plaintiff, who is proceeding *pro se*, shall file his First Amended Consolidated Complaint, consistent with the Court's March 31, 2025 Order (*see* ECF No. 55), on or before **June 2, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 64.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: April 28, 2025
        New York, New York