The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re:**     Rapaport v. Iyer et al.  23-cv-06709
           Rapaport v. Epstein et al., 24-cv-07439

**<u>Letter re Refiling of Dismissed Without Prejudice Claims</u>**

Your Honor:

    I am respectfully writing to provide notice to the Court and all parties that I do not intend to refile my dismissed without prejudice claims from the case Rapaport v. Iyer et al., 23-cv-06709 into the related case Rapaport v. Epstein et al., 24-cv-07439 while the dismissal of those claims is on appeal at the Second Circuit.

    It remains my position that the March 31, 2025 Opinion and Order of 23-cv-06709 was a final decision within the meaning 28 U.S.C. § 1291.

    I respectfully advise the Court and all parties that my decision to refrain from refiling my claims during appeal is meant to prevent duplicative work during appeal, and does not represent the waiver of any claim or issue.

    Respectfully submitted,

        /s/ Gideon Rapaport *pro se*
        GideonRapaportLaw@outlook.com
        (862) 213-0895
        #627 1078 Summit Avenue
        Jersey City, New Jersey, 07307