The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

Re:     Rapaport v. Epstein et al., 24-cv-07439

**<u>Corrected Letter re First Amended Complaint</u>**

Your Honor:

I am respectfully writing to clarify that in my notice filed on June 2, 2025 ECF No. 66 I did not disclaim my intent to amend my complaint in this matter, as FRCP Rule 15(a)(1) provides for once as matter of course. Rather, I provided notice that I did not intend to refile claims that were dismissed without prejudice in the related case of Rapaport v. Iyer et al., 23-cv-06709 and which are currently on appeal, in a hypothetical consolidated complaint.

My intent to amend my pleading in this case as to the federal racketeering and antitrust claims continues as before. Since there will be no consolidation, I have been waiting for guidance from the Court as to the schedule for the continuation of this matter as an independent case, including a date by when to file my First Amended Complaint as I was working towards prior to the March 5, 2025 instruction ECF No. 54. There, the Court instructed that parties "refrain from filing any further amendments to the Complaint in this action or any opposition to the motions to dismiss until after the Court's decision in the Doe Action". I expect to amend my pleading once as a matter of course by Monday, June 16 2025, as the most recent guidance relating to the First Amended Complaint ECF No. 54 was a pause *sine die*.

Since the Court has already mooted all existing motions to dismiss, defendants may file their second round motions to dismiss (except for defendant Epstein, who after having his default vacated did not file a motion to dismiss) against the First Amended Complaint, instead of the same original complaint for a second time. If they will require more time to do so I will join with any request to receive reasonable extensions.

Respectfully submitted,

/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307