UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GIDEON RAPAPORT, | |
| Plaintiff, | |
| - against - | No. 24-cv-07439-JGLC |
| RICHARD ALLEN EPSTEIN, MITCHELL KEVALLA PALLAKI, AJAY SRINIVASAN IYER, ZACHARY GEORGE GARRETT, WILLIAM STUART LASSETER WEINBERG, ANDREW NELMS, JOHN DOES 1-3, | **NOTICE OF APPEARANCE** |
| Defendants. | |

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in this action for Defendant **RICHARD A. EPSTEIN** in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        July 15, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Gerald A. Stein*
    Gerald A. Stein

1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 402-4095 Phone
(212) 489-8340 Fax
geraldstein@dwt.com

*Counsel for Defendant Richard A. Epstein*