UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

GIDEON RAPAPORT,

                Plaintiff,

      - against -

RICHARD ALLEN EPSTEIN, MITCHELL KEVALLA PALLAKI, AJAY SRINIVASAN IYER, ZACHARY GEORGE GARRETT, WILLIAM STUART LASSETER WEINBERG, ANDREW NELMS, JOHN DOES 1-3,

                Defendants.

---------------------------------------------------------------- x

No. 24-cv-07439-JGLC

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Defendant Richard A. Epstein, by and through his undersigned counsel, will move this Court before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing Plaintiff Gideon Rapaport's First Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
       July 15, 2025

                                                  Respectfully submitted,

                                                  */s/ Jeremy Chase*
                                                  Jeremy Chase
                                                  Gerald Stein
                                                  Nimra H. Azmi
                                                  DAVIS WRIGHT TREMAINE LLP
                                                  1251 Avenue of the Americas, 21st Floor
                                                  New York, NY 10020-1104
                                                  Phone: (212) 489-8230
                                                  jeremychase@dwt.com
                                                  geraldstein@dwt.com
                                                  nimraazmi@dwt.com

                                                  *Attorneys for Richard A. Epstein*