UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIDEON RAPAPORT,

                Plaintiff,

-against-

RICHARD ALLEN EPSTEIN, et al.,

                Defendants.

Case No.: 1:24-cv-07439 (JGLC)

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of their Motion to Dismiss, Defendants Ajay Srinivasan Iyer, Zachary George Garrett, William Weinberg, and Andrew Nelms by and through undersigned counsel, will move this Court before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff Gideon Rapaport's First Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: July 15, 2025
       Washington, D.C.

                                        Respectfully submitted,

                                        */s/ Brian J. Field*
                                        Brian J. Field (admitted *pro hac vice*)
                                        D.C. Bar No. 985577
                                        SCHAERR | JAFFE LLP
                                        1717 K Street NW, Suite 900
                                        Washington, DC 20006
                                        Telephone: (202) 787-1060
                                        Facsimile: (202) 776-0136
                                        Email: bfield@schaerr-jaffe.com

                                        *Counsel for Student Defendants*