The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007



Re:   Rapaport v. Epstein et al., 24-cv-07439

**<u>Letter Motion to Modify Briefing Schedule</u>**

Your Honor:

    I am respectfully writing to request a modification of the current briefing schedule. The proposed schedule will have my oppositions to the motions to dismiss due August 25, 2025. This will represent an extension of four days from August 21, 2025. The defendants have requested an extension of their time to reply to September 29, 2025 in view of the Jewish holidays on the week of the 22 of September, 2025.

    All defendants have agreed to this change.

Thank you for considering my request in this matter.

    Respectfully submitted,

        /s/ Gideon Rapaport *pro se*
        GideonRapaportLaw@outlook.com
        (862) 213-0895
        #627 1078 Summit Avenue
        Jersey City, New Jersey, 07307

Application GRANTED. The briefing schedule for the parties' motions to dismiss shall be as set forth above. The Clerk of Court is respectfully directed to terminate ECF No. 81.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 15, 2025
      New York, New York