UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GIDEON RAPAPORT

                Plaintiff, *pro se*

      -against-

RICHARD ALLEN EPSTEIN, AJAY SRINIVASAN IYER, ZACHARY GEORGE GARRETT, MITCHELL KESHAVA PALLAKI, WILLIAM STUART LASSETER WEINBERG, ANDREW NELMS, JOHN DOES 1-3

                Defendants.
----------------------------------------------------------------x

Case No. 1:24-cv-07439

**ORAL ARGUMENT REQUESTED**

## NOTICE OF OPPOSITION TO MOTION

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Plaintiff Gideon Rapaport, *pro se*, opposes the Motion of Defendant Richard Allen Epstein to Dismiss this Action before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York.

August 25, 2025

                                            Respectfully submitted,

                                            /s/ Gideon Rapaport, *pro se*
                                            GideonRapaportLaw@Outlook.com
                                            (862) 213-0895
                                            #627 1078 Summit Avenue
                                            Jersey City, New Jersey, 07310