The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re:    Rapaport v. Epstein et al., 24-cv-07439**

**Letter in Opposition to Defendant Pallaki's Motion to Dismiss**

Your Honor:

I am respectfully writing to express my opposition to the motion to dismiss filed by Defendant Pallaki.

Defendant Pallaki has not even come close to meeting his burden to obtain the relief he seeks, and instead has filled his brief with personal attacks, extraneous allegations, non-sequitur conclusions and a twisting beyond any recognition of the factual allegations of the operative pleading.

If it may assist the Court in its review of the motion opposed, I respectfully draw the attention of the Court to the opposition to Defendant Epstein's motion to dismiss concurrently filed.


Thank you for considering my position in this matter.


Respectfully submitted,

/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307