The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

Re:     Rapaport v. Epstein et al., 24-cv-07439

**Letter in Opposition to Defendants Iyer, Garrett, Weinberg and Nelms' Motion to Dismiss**

Your Honor:

      I am respectfully writing to express my opposition to the motion to dismiss filed by Defendants Iyer, Garrett, Weinberg and Nelms.

      These defendants have not even come close to meeting their burden to obtain the relief they seek, and instead have filled their briefs with personal attacks, extraneous allegations, non-sequitur conclusions and a twisting beyond any recognition of the factual allegations of the operative pleading.

      If it may assist the Court in its review of their motion, I respectfully draw the attention of the Court to the opposition to Defendant Epstein's motion to dismiss concurrently filed.

      Thank you for considering my position in this matter.

      Respectfully submitted,

      /s/ Gideon Rapaport *pro se*
      GideonRapaportLaw@outlook.com
      (862) 213-0895
      #627 1078 Summit Avenue
      Jersey City, New Jersey, 07307