**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
GIDEON RAPAPORT,

<table>
<tr><td>Plaintiff,</td><td>24 <strong>CIVIL</strong> 7439 (JGLC)</td></tr>
</table>

-against-                                    **JUDGMENT**

RICHARD ALLEN EPSTEIN, et al.,

Defendants.
-------------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 31, 2026, the Court grants all three Motions

to Dismiss in full and dismisses the First Amended Complaint with prejudice; accordingly, the

case is closed.

**Dated:** New York, New York

     March 31, 2026


                         **TAMMI M. HELLWIG**

                              **Clerk of Court**


          **BY:**

                           **Deputy Clerk**