# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Gideon Rapaport
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Richard Allen Epstein, Mitchell Keshava Pallaki, Ajay
Srinivasan Iyer, Zachary George Garrett, William Stuart
Lasseter Weinberg, Andrew Nelms, John Does 1–3

(List the full name(s) of the defendant(s)/respondent(s).)

__24_ CV _7439___ (JGLC)(      )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:    Gideon Rapaport
_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the      ☒ judgment    ☐ order    entered on:    March 31, 2026 _____

(date that judgment or order was entered on docket)

that:

Dismissed all claims against all defendants with prejudice and instructed that the case

be closed.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

4/29/2026 _____

Dated

/s/ Gideon Rapaport _____

Signature*

Rapaport, Gideon _____

Name (Last, First, MI)

| #627 1078 Summit Avenue | Jersey City | New Jersey | 07307 |
|---|---|---|---|
| Address | City | State | Zip Code |

(862) 213-0895 _____

Telephone Number

gideonrapaportlaw@outlook.com

E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13