Davis Wright Tremaine LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Jeremy Chase**
(212) 489-8230 tel
(212) 489-8340 fax

jeremychase@dwt.com

August 25, 2026

**Via ECF**

The Honorable Jessica G. L. Clarke
United States District Court Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street White Plains, NY 10601-4150

**Re: *Rapaport v. Epstein et al.*, No. 24-cv-07439 (JGLC)**

Dear Judge Clarke:

We are counsel for Defendant Richard Epstein in the above captioned action. I write pursuant to Rule 1(e) of Your Honor's Individual Rules and Practices in Civil Pro Se Cases to respectfully request a four-day extension of Defendant's deadline to respond to Plaintiff's letter motion dated August 24, 2026 for leave to take a deposition pursuant to Federal Rule of Civil Procedure 27(b) (ECF No. 96). This request is sought due to scheduling conflicts during the current response time. Plaintiff, who is appearing pro se, has consented to this request.

Defendant's response is currently due on August 31, 2026. Defendant requests he be permitted to file his response by September 4, 2026. Defendant has not made any previous request for an adjournment or extension. This Court previously dismissed the Complaint with prejudice (ECF. No 90) and Plaintiff's motion for reconsideration (ECF No. 92) is currently pending. As a result, there are no scheduled appearances before the Court or any pending deadlines.

Thank you for Your Honor's attention to this request.

Respectfully submitted,

*/s/ Jeremy Chase*

Jeremy Chase

cc: Counsel of Record via ECF