# EXHIBIT 1

# Attorney Profile

## Richard Allen Epstein #43329

**License Status:** **Not Eligible to Practice Law**

Address: New York University School of Law, 40 Washington Sq S, New York, NY 10012-1005
Phone: 212-992-8858 | Fax: 212-995-4894
Email: Not Available | Website: Not Available

More about This Attorney ▾

## License Status, Disciplinary and Administrative History

The table below shows an attorney's license status changes, disciplinary actions, and administrative actions. Some administrative suspensions are subject to automatic removal from the attorney profile page pursuant to the State Bar's policy on removal of administrative actions. Administrative suspensions are non-disciplinary actions resulting from noncompliance with administrative requirements, such as the requirement to pay licensing fees or comply with Minimum Continuing Legal Education. Administrative suspensions that meet the criteria in the State Bar's policy on removal of administrative actions would not be displayed below.

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| **Present** | Not eligible to practice law in CA | | |
| **7/1/2026** | Not eligible to practice law in CA | | Admin Inactive/Attorney Record Verification noncompliance |
| **1/9/1969** | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

Start New Search »

Protecting the public & enhancing the administration of justice.

San Francisco (Main Office)
180 Howard St.
San Francisco, CA 94105
415-538-2000

Los Angeles
845 S. Figueroa St.
Los Angeles, CA 90017
213-765-1000

Help Center
Contact Us
Public Records
News
Our Mission
Site Feedback ↗
Careers
Staff Logins
My State Bar Profile Login ↗

Copyright ©2025 The State Bar of California User Policies