The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** ***Rapaport v. Epstein et al.*, 24-cv-07439**
**Letter-Motion To Update Appellate Record**

Your Honor:

I am respectfully writing to request that the Court update the transmission of record provided to the Second Circuit per FRAP 10.

The particular entries to be transmitted are ECF Nos. 95-101. I also respectfully request that the Court provide to the Second Circuit the audiovisual exhibit provided in conjunction with the ECF No. 92 motion for reconsideration.

Respectfully submitted,

/s/ Gideon Rapaport
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307